# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>SALMA H. AGHA,<br><br>　　　　　Debtor<br><br>SALMA H. AGHA,<br><br>　　　　　Plaintiff<br><br>　　　v.<br><br>UNITED STATES OF AMERICA, et al,<br><br>　　　　　Defendants | CASE NO. 1:15-CV-0042 AWI<br>BANKR. CASE NO. 10-16183-A-7<br>ADVERSARY NO. 14-01155<br><br>ORDER TO SHOW CAUSE WHY REFERENCE TO ADVERSARY PROCEEDING SHOULD NOT BE WITHDRAWN AND TRANSFERRED TO THE CENTRAL DISTRICT OF CALIFORNIA |

　　　Chief Bankruptcy Judge Christopher Klein has filed a recommendation that the District Court withdraw reference of this adversary proceeding pursuant to 28 U.S.C. § 157(d). The bankruptcy debtor is the plaintiff in this adversary proceeding. The substance of the complaint concerns the reopening of plaintiff's bankruptcy case; Bankruptcy Judge Frederick Clement and Trustee Jeffrey Vetter are among the many defendants. The adversary proceeding was initiated on December 31, 2014. The court notes that Plaintiff filed another lawsuit dealing with this exact subject matter in the Superior Court, County of Los Angeles on February 11, 2014. That case was removed to the Central District of California on May 6, 2014, Civil Case No. 14-3490. Parties are ordered to show cause in writing by February 6, 2015 why reference to this adversary proceeding should not be withdrawn and transferred to the Central District of California pursuant to 28 U.S.C. §§ 1404 and 1412.

IT IS SO ORDERED.

Dated:   January 13, 2015　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR  DISTRICT  JUDGE