# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**<br><br>**SALMA H. AGHA,**<br><br>Debtor<br><br>**SALMA H. AGHA,**<br><br>Plaintiff<br><br>v.<br><br>**UNITED STATES OF AMERICA, et al,**<br><br>Defendants | CASE NO. 1:15-CV-0042 AWI<br>BANKR. CASE NO. 10-16183-A-7<br>ADVERSARY NO. 14-01155<br><br>ORDER RE: REQUEST FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT |

This matter having come before the Court on Defendant GARY GROSSMAN's EX PARTE APPLICATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT, it is hereby ORDERED that Defendant GARY GROSSMAN shall have until March 5, 2015, to submit his answer or other responsive pleading to Plaintiff's Complaint, including, but not limited to, Motions to Dismiss and/or Motions to Strike.

IT IS SO ORDERED.

Dated:  February 12, 2015                                      _____
                                                                                    SENIOR DISTRICT JUDGE